The First Baptist Church of Romulus, Respondent, v. Kendaia Grange No. 64, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Frank Jones, Respondent, v. Albert Oot, Appellant.— Motion to dismiss appeal granted.

John Will, Appellant, v. Charles P. Bartwell, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The People of the State of New York, Respondent, v. Charles E. Shattuck, Appellant.— Remittitur of Court of Appeals ordered returned to this court from Monroe County Court, motion for reargument granted, reargument heard and judgment of conviction reversed. All concurred.

James C. Hoolihan, Appellant, v. Martin Kane, as Treasurer, etc., Respondent. Harrison F. Hurd, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant. Emilie Schaud, Respondent, v. William Scott Renner, Appellant. Thaddeus Collins, Jr., Appellant, v. Adelia Pearsall, Respondent. Catherine L. Wurtz and Another, Appellants, v. Augustus F. Kahr and Another, Respondents.— The foregoing cases having been twice reached in their regular order and passed, are dismissed under general rule 39.